IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| YOEL WEISSHAUS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-cv-494 |
| | § | |
| STEVE COY TEICHELMAN, and | § | |
| 100th JUDICIAL DISTRICT, | § | |
| | § | |
| *Defendants*. | § | |

**CERTIFICATE OF INTERESTED PERSONS**

Plaintiff certifies that all persons, associations of persons, firms, partnerships, guarantors, insurers, affiliates, parent corporations or other legal entities who are corporations which have a financial interest in the outcome of this case are listed below.

1. Yoel Weisshaus
2. Steve Coy Teichelman
3. 100th Judicial District
4. Scott H. Palmer, P.C.
5. Scott H. Palmer
6. James P. Roberts

Respectfully submitted,

*/s/ Scott H. Palmer*
SCOTT H. PALMER,
Texas Bar No. 00797196

*/s/ James P. Roberts*
JAMES P. ROBERTS,
Texas Bar No. 24105721

SCOTT H. PALMER, P.C.
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone: 214.987.4100
Facsimile: 214.922.9900
scott@scottpalmerlaw.com
james@scottpalmerlaw.com

COUNSEL FOR PLAINTIFF