IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YOEL WEISSHAUS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| STEVE COY TEICHELMAN, and | § | |
| 100th JUDICIAL DISTRICT, | § | |
| | § | |
| *Defendants*. | § | |

### MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW YOEL WEISSHAUS, Plaintiff and files this Motion to Transfer Venue and will respectfully show unto the Court as follows:

### I.
### Background

1. Plaintiff filed his Original Complaint on March 2, 2022, in the Northern District of Texas, Dallas Division.

2. Plaintiff mistakenly submitted the filing to the Northern District of Texas, Dallas Division.

3. The proper venue is the Northern District of Texas, Amarillo Division.

4. Plaintiff's mistake was inadvertent, and it is in the best interest of justice to transfer this case to the proper venue pursuant to 28 U.S.C.A. § 1404.

## II.

## Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the case be transferred to the Northern District of Texas, Amarillo Division.

Respectfully submitted,

*/s/ Scott H. Palmer*
SCOTT H. PALMER,
Texas Bar No. 00797196

*/s/ James P. Roberts*
JAMES P. ROBERTS,
Texas Bar No. 24105721

SCOTT H. PALMER, P.C.
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone: 214.987.4100
Facsimile: 214.922.9900
scott@scottpalmerlaw.com
james@scottpalmerlaw.com

COUNSEL FOR PLAINTIFF